# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Frank Angiulo

                         Plaintiff,

v.                                                                     Case No.: 1:11−cv−09021
                                                                        Honorable Thomas M. Durkin

United States of America, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2013:

      MINUTE entry before Honorable Thomas M. Durkin: On plaintiff's oral motion, this action is dismissed without prejudice with leave to reinstate or extend the time in which to reinstate or enforce the settlement agreement on or before October 25, 2013. Absent a timely filed motion, this order will become a dismissal with prejudice on October 28, 2013. The 8/26/13 status date is vacated. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.